# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

|  |  |
|---|---|
| ATOMIC IP LLC, | Civil Action No. 2:26-cv-00435 |
| *Plaintiff,* |  |
| v. | **JURY TRIAL DEMANDED** |
| FORTINET, INC., |  |
| *Defendant.* |  |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Atomic IP LLC ("Atomic" or "Plaintiff"), by and through its attorneys, brings this action and makes the following allegations of patent infringement relating to U.S. Patent No. 8,924,869 (the "'869 Patent" or the "patent-in-suit"). Defendant Fortinet, Inc. ("Fortinet" or "Defendant") infringes the patent-in-suit in violation of the patent laws of the United States of America, 35 U.S.C. § 1 *et seq*.

## THE PARTIES

1. Atomic is a Texas limited liability company having its principal place of business at 5000 Plaza on the Lake, Suite 100, Austin, TX 78746.

2. Upon information and belief, Fortinet, Inc. is a corporation organized and existing under the laws of Delaware, with its principal place of business at 909 Kifer Road, Sunnyvale, California 94086. Upon information and belief, Fortinet maintains a regular and established place of business in this District, including at 6735 Salt Cedar Way, Frisco, Texas 75034.

1

**NATURE OF THE ACTION, JURISDICTION, AND VENUE**

3.    This action arises under the patent laws of the United States, Title 35 of the United States Code. Accordingly, this Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

4.    This Court has specific personal jurisdiction over Fortinet pursuant to due process and/or the Texas Long Arm Statute. Fortinet has sufficient minimum contacts with the forum because, inter alia, (i) Fortinet has done and continues to conduct business in Texas, including in this District; (ii) Fortinet maintains a regular and established place of business in this District, including at 6735 Salt Cedar Way, Frisco, Texas 75034; and (iii) Fortinet has, directly and through intermediaries, committed and continues to commit acts of patent infringement in Texas, including in this District, by making, using, offering to sell, selling, importing, providing, and/or supporting products and services that infringe the '869 Patent. Moreover, Fortinet actively directs its activities to customers located in the State of Texas and this District, and the claims asserted in this action arise out of or relate to Fortinet's contacts with Texas and this District.

5.    Venue is proper in this District under 28 U.S.C. § 1400(b). Upon information and belief, Fortinet has committed acts of infringement in this District and maintains a regular and established place of business within the Eastern District of Texas, including an office at 6735 Salt Cedar Way, Frisco, Texas 75034.

**THE PATENT-IN-SUIT - U.S. PATENT NO. 8,924,869**

6.    U.S. Patent No. 8,924,869, entitled "Service for Generation of Customizable Display Widgets" (the "'869 Patent"), was duly and legally issued on December 30, 2014. The application that matured into the '869 Patent was filed on August 14, 2006 and claims priority to

2

U.S. Provisional Application No. 60/707,780, filed on August 12, 2005. A true and correct copy of the '869 Patent is attached as Exhibit A.

7.      The '869 Patent is directed to a networked "widget service" that defines and delivers user-modifiable visual elements in a display interface by storing visual element defining data and using that stored defining data to generate (or regenerate) the visual element and respond to client requests. In one described implementation, the stored visual element defining data includes (i) image data having a base image component and other image components, (ii) user-defined alphanumeric data representing information to be conveyed, and (iii) real-time data indicative of current conditions, and the system includes a generation module and network interface module configured to generate the visual element and serve it in response to client requests. ('869 Patent, Abstract; Summary.)

8.      The specification explains that, in certain embodiments, the widget service is implemented using a web-services model to provide "easy and widespread distribution targeting the widely available devices that have web browser capability," including implementations where users access the system "via a web interface on a web browser." The specification further explains that the web-services model supports access to services through system APIs and development in technologies such as AJAX or simple HTML. In these embodiments, widgets can run "within an active browser window," users can send data to the system via HTTP post commands, and the widget service provider can configure web services that update the user's personalized page and associated widgets in response to user device requests and in response to changing data values. ('869 Patent, 3:13–31.)

9.      The specification further describes implementations where the server provides functionality for users to define customized display elements (widgets) that can be displayed in a

graphical user interface "without requiring any installation of specialized software" on the user's computer, including implementations where the defined objects include sounds, hypertext, and visual images. In such implementations, the widgets may be implemented using server-side application technologies and lightweight protocols to support speed, compatibility, and reliability in browser-based delivery. ('869 Patent, 4:28–39.)

10.      In one example embodiment, the visual display element "runs within a browser window" and "does not include an installed application within the client computing device," and the visual display element is associated with a "widget container" that separates the widget's user-interface functionality and the widget application from the platform on which it runs. ('869 Patent, 4:55–65.)

11.      The specification further explains that the widget container includes a widget image element that supports dynamic composition. For example, the widget image element can include a "base image component" and "sub-images" combined with the base image "along with real-time data and/or other user-specified alphanumeric data to produce a dynamically generated widget image," such that the image element may be generated by the base image and the widget application using specified data parameters. ('869 Patent, 5:1–9.)

4

12.    The '869 Patent also describes a concrete server-side generation/regeneration pipeline tied to browser delivery. In one example flow, a request (including parameters) to display an image for a widget to be displayed in browser software is received; image data, alphanumeric data, and real-time data associated with the request are retrieved; image data are (re)generated based on the retrieved data; and the resulting image data are sent to the requesting process or device for placement in the widget's image element so that changes in data values are reflected in the widget display. ('869 Patent, 6:29–46.) *See also* Ex. A, FIGS. 4A–4B.



13.    These disclosures describe specific computer-network, web-services, and GUI mechanisms—such as server-side storage of widget-defining data; server-side generation/regeneration of widget images by combining base and sub-image components with

real-time and user-specified data; and parameterized request/response delivery to browser software—and, in certain embodiments, browser delivery through a widget container that separates widget UI/application functionality from platform dependence. These mechanisms are implemented to improve distribution, compatibility, and reliability while avoiding client-side installation and enabling widgets to update in response to changing data values. ('869 Patent, Abstract; Summary; 3:13–31; 4:28–39; 4:55–65; 5:1–9; 6:29–46.)

## COUNT I
## INFRINGEMENT OF U.S. PATENT NO. 8,924,869

14. The preceding paragraphs are reincorporated by reference as if fully set forth herein.

15. The '869 Patent is valid and enforceable.

16. Atomic is the owner and assignee of all rights, title, and interest in the '869 Patent, including the rights to grant licenses, to exclude others, and to recover past damages for infringement of that patent.

17. Upon information and belief, Fortinet makes, uses, sells, offers to sell, imports, and/or provides in the United States Fortinet products and services, including at least FortiAIOps, Wi-Fi Maps, Map Management, RF Planner, Heat Maps, FortiAP/FortiWiFi custom map and floor-plan functionality, and related browser-delivered dashboards, maps, visualizations, configuration, import/export, refresh, and reporting functionality (collectively, the "Accused Instrumentality" or "Fortinet Accused Platform").

18. Upon information and belief, the Accused Instrumentality includes FortiAIOps and related Fortinet wireless-management functionality providing a web-based map/dashboard/visualization system through which users add, define, configure, and modify Wi-Fi Maps, custom floor-plan maps, heat maps, RF-planner/map-management visualizations,

6

and related visual elements via a browser-based interface, and Fortinet renders and delivers those maps and visualizations in the FortiAIOps and related Fortinet web interfaces for viewing and interaction on client computing devices. For example, Fortinet's documentation instructs users to access FortiAIOps through a compatible web browser; describes Wi-Fi Maps as providing real-time status and alerts for FortiAPs on custom floor plans; and explains that users set up working maps by importing a graphic map of the floor, adding sites/buildings/floors, and placing AP icons on the map to represent the WLAN network topology. *See, e.g.,*

## Accessing FortiAIOps

After successfully generating a new password and configuring a static IP address for the FortiAIOps server, you can access the FortiAIOps application portal for management operations and to monitor your network. Open a compatible web browser and enter the *https://* URL, where ** is the configured static IP address. The default username is admin and there is no password. You are prompted to change the password after the first login.

https://docs.fortinet.com/document/fortiaiops/3.4.0/user-guide/107910/accessing-fortiaiops

**Wi-Fi Maps** offers real-time status and alerts for your FortiAPs, providing quick visualization of each unit on custom floor plans. This is enhanced by a **Locate** feature available across all wireless management screens, enabling you to instantly pinpoint the physical location of any Access Point or wireless client directly on the maps.

https://docs.fortinet.com/document/fortiaiops/3.4.0/user-guide/550363/wi-fi-maps

## Map Management

Map management allows you to create visual representations of your access points (APs) to accurately represent the physical layout of a site. For best results, create separate maps for each floor in multi-level buildings, and use accurate architectural drawings as a basis for your images. Crop each floor map to remove extra space and save it as a PNG, JPEG, BMP, or GIF file no larger than 2MB before adding it to FortiAIOps.

**Note**: Provide a unique name to the site/building/floor plan. Do not use the same name across different device groups.

To set up a working map, you'll need to complete several tasks:

- Import a graphic map of the floor. See Importing a Map Image.
- Add a new site to FortiAIOps. See Add a Campus, Building, and Floor to the Map.
- Add a building.
- Add a floor.
- Place AP icons on the map to represent the WLAN network topology. See Add APs, Floor APs, and Landmarks to Maps.
- View the map. See Viewing Maps.

https://docs.fortinet.com/document/fortiaiops/3.0.0/user-guide/642022/map-management

19.     Upon information and belief, the Accused Instrumentality includes a data storage system (with one or more processors and data storage) that stores maps, floor plans, heat-map visualizations, and associated map/AP configuration and definition data used to define and reconstruct those visual elements. For example, Fortinet's documentation explains that FortiAIOps configuration backups include information such as maps, controller details, and AP details. Fortinet further explains that Wi-Fi Maps can be modified by importing and exporting files containing sites, buildings, floors, and AP locations, and that APs from imported maps are mapped to floor-plan locations based on AP names matching the current AP inventory. Fortinet also explains that users create map structures by adding sites, buildings, and floors, including by entering names/descriptions and uploading floor map files, and that users place APs on floor maps

8

and save those placements by locking the map. These materials demonstrate that Fortinet stores map/floor-plan definition data, image data, AP placement data, AP-name/location data, and related configuration data in data storage. *See, e.g.,*



## Backup and Restore

The **Backup and Restore** page provides valuable tools for managing and maintaining backups of the FortiAIOps configuration. This page includes options for taking, uploading, restoring, downloading, and deleting backups.

**Note**: This release supports the backup and restore function only for FortiAIOps configuration. CLI configurations are saved using the `execute backup config` command and it does not include any FortiAIOps specific configurations.

| File Name ⇕ | Status ⇕ | Timestamp ⇕ | File Size ⇕ |
| --- | --- | --- | --- |
| Backup-fortiaiops_v2.0.0-build0031-admin-2023-04-04-01-05-01.tar | ✔ Available | 2023/04/04 06:35 | 50.7M |

### Take Backup

The **Take Backup** function allows you to take a backup of the FortiAIOps configuration. This information can be saved as a file (.tar) and used to restore the configuration and settings at a later time.

To perform the backup operation, perform the following steps:

1. Navigate to **System > Backup and Restore**.
2. Click **+ Take Backup.**
3. Select **Backup Option**, as **Configuration only**. Backing up only the configuration includes information like maps, controller details, and AP details except statistics data.

https://docs.fortinet.com/document/fortiaiops/3.4.0/user-guide/146237/backup-and-restore

## Wi-Fi Maps

**Wi-Fi Maps** provides a powerful visual representation of the physical layout of your site, letting you to accurately map your access points (APs). It features seamless compatibility with **Ekahau**, a leading Wi-Fi planning tool. You can easily modify maps by importing and exporting .esx files to add sites, buildings, floors, and AP locations, and then export the updated map back to Ekahau for live survey operations.

**Wi-Fi Maps** offers real-time status and alerts for your FortiAPs, providing quick visualization of each unit on custom floor plans. This is enhanced by a **Locate** feature available across all wireless management screens, enabling you to instantly pinpoint the physical location of any Access Point or wireless client directly on the maps.

After upgrading to Release 3.2.0:



- All valid floor maps will be successfully migrated to the new **Wi-Fi Maps** feature.

- All existing FortiAP placements and their configured features will be fully retained and carried over to the new system.



https://docs.fortinet.com/document/fortiaiops/3.4.0/user-guide/550363/wi-fi-maps

## Mapping APs

If the Access Point (AP) names in the imported map match your existing inventory names, the APs are mapped to their floor plan locations automatically.

If AP names do not match, those APs will be displayed in an **Inactive** state. To map them:

1. Click **Unlock Map**.

2. Select the unplaced AP on the map. Click **Assign**.



3. A list of unplaced APs will appear; select the correct AP from this list to assign it to the selected location.



4. Click **Lock Map** when finished.

20.    Upon information and belief, the Accused Instrumentality includes image data for maps, floor-plan visualizations, heat maps, and related visual elements, including a base image component and other image components. For example, Fortinet's Wi-Fi Maps and Map Management functionality uses floor-map image files, including uploaded .jpg, .png, or .jpeg image files, as the map/floor-plan background. Fortinet's documentation further instructs users to place AP icons and other visual components on those maps, including by adding APs to a floor map and dragging selected APs into position on the map. Fortinet also provides heat-map visualizations that display wireless attributes such as throughput, loss, channel utilization, number of stations, and signal strength. Thus, the displayed Fortinet map/heat-map visualizations include a base image component, including the floor-map/background image, and other image components displayed on or with that background, including AP icons, landmarks, and heat-map coloring/overlays. *See, e.g.,*

## Adding a Floor

A floor is contained within a building and requires uploading a map image.

1. On the left pane, select the site and the building where you want to add a floor.

2. Click the Kebob menu (vertical ellipsis) next to the building and click **Add Floor**.

3. In the Floor Details section, enter a Name for the floor.

4. Upload the floor map file (must be in .jpg, .png, or .jpeg format).



5. Set the map scale:

   a. In the **Image Preview section**, drag the green pointer to two points on the map with a known distance between them.



https://docs.fortinet.com/document/fortiaiops/3.4.0/user-guide/612418/creating-the-map-structure

13

**Adding APs, Floor APs, and Landmarks to Maps**

To create the network map of your site, follow these steps:

1. Once a map image has been imported, add the APs to the map as close as possible to their actual physical location.

2. Select a floor by its heading in the left column to see a map of the floor. If the floor does not have a corresponding map, complete the steps to Import a Map Image.

3. Optionally, alter the map using the options Show Map and Show Scale in the Image Map section.

4. Click **Add APs** and select the APs to add from the drop-down list on the AP selection pop-up, then click **Save**. Drag the selected APs into position on the map.



5. To add landmarks to the map, click Landmarks > Add.

6. Once you have finished making changes, click **Save Changes**.



https://docs.fortinet.com/document/fortiaiops/3.0.0/user-guide/642022/map-management

14

Viewing Maps

You can view the placement of APs on a map or view Heat Maps that show the following five attributes of those APs:

- Throughput

- Loss

- Channel Utilization

- Number of Stations

- Signal Strength

Heat map coloring depends on the distance between APs and selected attribute (throughput, loss, channel utilization, or stations) for all the APs on the floor. If there is only one AP on the floor, the entire floor will show the same coverage. See Heat Maps.

https://docs.fortinet.com/document/fortiaiops/3.0.0/user-guide/642022/map-management#Viewing_Maps

21.    Upon information and belief, the Accused Instrumentality stores, retrieves, and/or uses user-defined data, including alphanumeric data representing information to be conveyed in the defined visual elements. For example, Fortinet's documentation instructs users creating Wi-Fi Maps to enter user-defined names and descriptions for sites, buildings, and floors, including names associated with uploaded floor-map images. Fortinet further instructs users to edit AP details, including AP names and location coordinates, and explains that Wi-Fi Maps can display the customized names of APs placed on the floor map. Fortinet's documentation also explains that the Wi-Fi Maps search bar supports searches by site, building, floor, AP name, AP serial number, device name, and client MAC address, and that the map highlights associated APs or clients. Fortinet's heat-map documentation further explains that users can view AP and station details on the displayed map/heat-map visualizations, including AP name, AP model, MAC address, AP status, throughput, station/user information, loss, RSSI, and other alphanumeric information.

15

These user-defined and displayed alphanumeric data are conveyed in the displayed Fortinet map,

floor-plan, and heat-map visual elements. *See, e.g.,*

---

**Show/Hide Names**

Toggle the Hide Names and Show Names button to hide or display the customized names of the APs placed on the floor map.

**Search Bar**

The **Wi-Fi Maps** page features a global search bar that enables you to quickly locate devices and navigate through the map hierarchy. The following search types are supported:

- Site, Building, or Floor.

- AP Name or Serial Number.

- Device Name or Client MAC Address.

When a match is found, the map automatically navigates to the corresponding site, building, or floor and highlights the associated AP or client. This facilitates quick device location, placement review, and connectivity troubleshooting.

---

https://docs.fortinet.com/document/fortiaiops/3.4.0/user-guide/781887/viewing-the-map

---

**Editing AP Details**

To edit the details of an access point (AP), follow these steps:

1. In the Map Management screen, click **APs** to display the AP list.

2. Select the AP you want to edit by clicking on its icon on the map or by selecting it from the AP list.

3. Click **Edit** to open the AP details window.

4. Edit the required fields, such as the AP name or its location coordinates.

5. Click **Save** to save the changes made to the AP details.

6. Click **Cancel** to discard any changes and close the AP details window.

---

https://docs.fortinet.com/document/fortiaiops/3.0.0/user-guide/642022/map-management

Hover over AP to view the AP information including name, AP model, MAC address, AP status, and throughput in Kbps.

| Name: | |
|---|---|
| AP Model: | FAP433G |
| AP MAC: | |
| Throughput (Kbps): | 0 |

Right click on AP icon for details

To view AP and Station details in any of the heat maps, right-click an AP icon and click **Show Details**

- **AP Details**: AP ID, AP Name, AP MAC Address, AP IP Address, Controller, Total Stations.

- **Station Details**: MAC Address, IP Address, Last Known Association, User Name, Throughput, Loss%, RSSI, Airtime Utilization, L2 State, L3 State.

- To view Station Trend Dashboard, click MAC Address.

https://docs.fortinet.com/document/fortiaiops/2.1.0/user-guide/130806/heat-maps

22.     Upon information and belief, the Accused Instrumentality accesses and/or uses real-time data indicative of current conditions for presentation in dashboards, maps, heat maps, and related visualizations. For example, Fortinet's documentation explains that Wi-Fi Maps provide real-time status and alerts for FortiAPs on custom floor plans and can locate access points and wireless clients directly on the maps. Fortinet further explains that the map view displays AP connectivity status, including whether an AP is online, offline, or inactive. Fortinet's heat-map documentation also explains that throughput maps display AP throughput over the represented area and that users can view AP and station details in heat-map visualizations, including AP name, AP model, MAC address, AP status, throughput, station/user information, loss, RSSI, airtime utilization, and other current-condition information. These current-condition data inputs are used to drive and update the displayed Fortinet map, floor-plan, and heat-map visualizations. *See, e.g.*,

17

**AP Status**

The status of an AP reflecting its connectivity is displayed on the map:

| | |
|---|---|
| Online (Green) | The AP is currently active and connected. |
| Offline (Red) | The AP is currently disconnected or unreachable. |
| Inactive (Grey) | The AP is displayed on the map but is not actively managed by the current inventory. This state applies if:<br><br>• The AP belongs to a Deleted FortiGate.<br><br>• The FortiGate associated with the AP was moved from current ADOM to a different ADOM.<br><br>• The AP was loaded using an Imported Map and its name does not match the AP names in the current ADOM's Access Point Inventory. |

https://docs.fortinet.com/document/fortiaiops/3.4.0/user-guide/781887/viewing-the-map#AP

# Wi-Fi Maps

**Wi-Fi Maps** provides a powerful visual representation of the physical layout of your site, letting you to accurately map your access points (APs). It features seamless compatibility with **Ekahau**, a leading Wi-Fi planning tool. You can easily modify maps by importing and exporting .esx files to add sites, buildings, floors, and AP locations, and then export the updated map back to Ekahau for live survey operations.

**Wi-Fi Maps** offers real-time status and alerts for your FortiAPs, providing quick visualization of each unit on custom floor plans. This is enhanced by a **Locate** feature available across all wireless management screens, enabling you to instantly pinpoint the physical location of any Access Point or wireless client directly on the maps.

https://docs.fortinet.com/document/fortiaiops/3.4.0/user-guide/550363/wi-fi-maps

## Throughput Heat Map

Throughput maps display the AP throughput over the represented area. The APs on the map are differentiated by using different colors to represent the corresponding AP throughput value.



Hover over AP to view the AP information including name, AP model, MAC address, AP status, and throughput in Kbps.



To view AP and Station details in any of the heat maps, right-click an AP icon and click **Show Details**

- **AP Details**: AP ID, AP Name, AP MAC Address, AP IP Address, Controller, Total Stations.

- **Station Details**: MAC Address, IP Address, Last Known Association, User Name, Throughput, Loss%, RSSI, Airtime Utilization, L2 State, L3 State.

- To view Station Trend Dashboard, click MAC Address.

https://docs.fortinet.com/document/fortiaiops/2.1.0/user-guide/130806/heat-maps

23.    Upon information and belief, the Accused Instrumentality includes a browser-based map/floor-plan definition interface configured to receive input from client computing devices indicative of a user selection of at least some of the image data, the user-defined data, and the real-time data to be associated with a visual element. For example, Fortinet's Wi-Fi Maps and Map Management workflow receives user input to (i) enter user-defined names and descriptions, including floor names, and upload a floor-map image file to serve as the floor/map background, (ii) select and place monitored FortiAP access points on the floor map—i.e., monitored network devices whose current status, client information, throughput, channel utilization, and related wireless data are associated with the displayed visual element, and (iii) select AP statistics and heat-map views for display on the map/floor-plan visualization. These inputs define the Fortinet map/floor-plan visual element and how the displayed visualization is generated and updated, rather than merely selecting a preexisting static view. *See, e.g.,*

**Adding a Floor**

A floor is contained within a building and requires uploading a map image.

1. On the left pane, select the site and the building where you want to add a floor.

2. Click the Kebob menu (vertical ellipsis) next to the building and click **Add Floor**.

3. In the Floor Details section, enter a Name for the floor.

4. Upload the floor map file (must be in .jpg, .png, or .jpeg format).



5. Set the map scale:

   a. In the **Image Preview section**, drag the green pointer to two points on the map with a known distance between them.

   

   b. Under **Floor Details**, specify the **Unit** of measurement.

   c. Enter the actual distance between the two selected points in the **Selected Distance** field. The system automatically computes and displays the correct map scale in the **Dimension** field.

   d. Click **Save**. The new floor will appear under the selected site in the left pane.

https://docs.fortinet.com/document/fortiaiops/3.4.0/user-guide/612418/creating-the-map-structure

21



https://docs.fortinet.com/document/fortiaiops/3.2.1/user-guide/229913/modifying-the-map



https://docs.fortinet.com/document/fortiaiops/3.4.0/user-guide/781887/viewing-the-map

24.     Upon information and belief, the Accused Instrumentality includes one or more generation modules configured to generate map, floor-plan, and heat-map visualizations based on user-selected visual-element defining data. For example, in Fortinet's Map Management / RF Planner workflow, Fortinet explains that the RF Planner enables users to plan for access points, areas, and obstacles, and allows users to place APs and draw walls or columns. Fortinet further instructs users to add the required access points to the floor map and generate a heat map to predict expected signal strength throughout the coverage area. Fortinet also instructs users, in its Heat Maps workflow, to ensure that APs are placed through the map-management feature, select the desired floor, select the RF band or relevant channel, choose a cutoff of interest, and click the Refresh icon. These Fortinet features demonstrate generation and updating of the configured visual element based on user-selected defining data. *See, e.g.,*

## RF Planner

The RF planner is a tool that enables you to plan for new access points, areas, and obstacles (walls, shafts, etc.). It allows you to place APs and draw walls or columns in both View and Edit modes.



To use the RF planner, follow these steps:

1.  Navigate to Map Management > RF Planner.

2.  Add the required access points to the floor map and generate a heat map to predict the expected signal strength throughout the coverage area.

https://docs.fortinet.com/document/fortiaiops/3.0.0/user-guide/642022/map-management

> **Coverage Cut Off:** Coverage cutoff [default being none] can be used to see the signal coverage region within the cutoff value specified. The cutoff range is from -42dBM to -90dBM.
>
> To view the signal strength heat map of a floor, follow these steps:
>
> - Ensure that the APs are placed accurately through the map management feature.
>
> - Click on **Heat maps** and select the desired floor.
>
> - Select the RF band or relevant channel from the menu.
>
> - Choose a cutoff of interest.
>
> - Click on the **Refresh** icon.

https://docs.fortinet.com/document/fortiaiops/3.0.0/user-guide/130806/heat-maps

25.    Upon information and belief, the Accused Instrumentality includes a network interface configured to receive requests from client computing devices relating to the generated map, floor-plan, and heat-map visualizations and, in response, transmit the requested view containing those visualizations to the requesting client device. For example, Fortinet's documentation explains that users access the FortiAIOps application portal through a compatible web browser by entering an HTTPS URL for the FortiAIOps server. Fortinet further explains that users can access and view Wi-Fi Maps through the FortiAIOps interface, including map views that display AP status and provide access to features such as Show/Hide Names, Search Bar, Bands, AP Stats, and Heatmaps. These Fortinet materials demonstrate that the requested Fortinet map/floor-plan/heat-map views are delivered through a browser-accessible network interface for display and interaction on client computing devices. *See, e.g.,*

## Accessing FortiAIOps

After successfully generating a new password and configuring a static IP address for the FortiAIOps server, you can access the FortiAIOps application portal for management operations and to monitor your network. Open a compatible web browser and enter the *https://* URL, where ** is the configured static IP address. The default username is admin and there is no password. You are prompted to change the password after the first login.

https://docs.fortinet.com/document/fortiaiops/3.4.0/user-guide/107910/accessing-fortiaiops

### Viewing the Map

Wi-Fi Maps enables you to view the following details:

- AP Status
- Show/Hide Names
- Search Bar
- Bands
- AP Stats
- Heatmaps

**AP Status**

The status of an AP reflecting its connectivity is displayed on the map:

| | |
|---|---|
| Online (Green) | The AP is currently active and connected. |
| Offline (Red) | The AP is currently disconnected or unreachable. |
| Inactive (Grey) | The AP is displayed on the map but is not actively managed by the current inventory. This state applies if:<br><br>• The AP belongs to a Deleted FortiGate.<br><br>• The FortiGate associated with the AP was moved from current ADOM to a different ADOM.<br><br>• The AP was loaded using an Imported Map and its name does not match the AP names in the current ADOM's Access Point Inventory. |

https://docs.fortinet.com/document/fortiaiops/3.4.0/user-guide/781887/viewing-the-map

26.     Upon information and belief, the Accused Instrumentality is operative to define and deliver maps, floor-plan visualizations, heat maps, dashboards, and related visualizations to a client computing device independent of the operating system of the client computing device making the requests. For example, Fortinet's documentation explains that users access the FortiAIOps application portal for management operations and network monitoring by opening a compatible web browser and entering the FortiAIOps server HTTPS URL. Fortinet further publishes supported web browsers for accessing the FortiAIOps GUI, including Google Chrome,

Mozilla Firefox, Microsoft Edge, and Safari. These Fortinet features demonstrate that the accused

maps, floor-plan views, heat maps, and related visualizations are defined, accessed, and delivered

through standard browser access, independent of the particular operating system of the requesting

client device. *See, e.g.,*

> ## Accessing FortiAIOps
>
> After successfully generating a new password and configuring a static IP address for the FortiAIOps server, you can access the FortiAIOps application portal for management operations and to monitor your network. Open a compatible web browser and enter the *https://* URL, where ** is the configured static IP address. The default username is admin and there is no password. You are prompted to change the password after the first login.

https://docs.fortinet.com/document/fortiaiops/3.4.0/user-guide/107910/accessing-fortiaiops

> **Supported Web Browsers**
>
> The following web browsers are tested to access the FortiAIOps GUI.
>
> | Web Browser | Version |
> |---|---|
> | Google Chrome | 147.0.7727.138 |
> | Mozilla Firefox | 150.0.1 |
> | Microsoft Edge | 147.0.3912.98 |
> | Safari | 26.4 |

https://docs.fortinet.com/document/fortiaiops/3.4.0/release-notes/903200/supported-hardware-
and-software

27.    Upon information and belief, the Accused Instrumentality generates and delivers

the generated visual element as a widget in the form of a discrete dashboard/view component

displayed within Fortinet's browser-accessible interface. Upon further information and belief,

Fortinet defines and delivers dashboard widgets through FortiAIOps dashboards, and delivers

related map/floor-plan/heat-map visualizations through FortiAIOps and related browser-accessible Fortinet interfaces. For example, Fortinet's documentation explains that FortiAIOps dashboards include widgets and that users can customize dashboards by adding widgets from a widget library. Fortinet further explains that users access FortiAIOps through a compatible web browser by entering the FortiAIOps server HTTPS URL, such that users view and interact with the widgets and related visualizations through the browser without installing a separate widget application on the client computing device. *See*, *e.g.*,

---

**Adding a Widget to the Dashboard**

You can add widgets based on your requirements to the dashboards.

To add a widget to the dashboard:

1. Select the dashboard you want to modify.

2. Click **Add Widget** to add required widgets from the widget library.

3. In the the **Manage Dashboard Widgets** pane, hover on the widget name to select the required widget and click +.
   For more information on widget library, see Managing Dashboard Widgets

4. Click **Close** to close the pane once the widgets are selected.

5. Click **Reset dashboard layout** to clear all the widgets added to the dashboard.

---

https://docs.fortinet.com/document/fortiaiops/3.4.0/user-guide/501235/dashboard

## Accessing FortiAIOps

After successfully generating a new password and configuring a static IP address for the FortiAIOps server, you can access the FortiAIOps application portal for management operations and to monitor your network. Open a compatible web browser and enter the *https://* URL, where ** is the configured static IP address. The default username is admin and there is no password. You are prompted to change the password after the first login.

https://docs.fortinet.com/document/fortiaiops/3.4.0/user-guide/107910/accessing-fortiaiops

28.     Upon information and belief, the Accused Instrumentality includes data-dependent dashboard widgets and related dashboard visualizations that periodically receive updated data and change their displayed state based on the received data. For example, Fortinet's documentation explains that FortiAIOps dashboard data is automatically refreshed every 60 seconds and that dashboard widgets provide visual representations and classifications of network-performance metrics. Fortinet further explains that the Service Assurance dashboard includes widgets that classify performance metrics as Good, Fair, or Bad. Fortinet also explains that the Network Assurance Dashboard calculates scores for the network and individual SLAs and represents those scores using color thresholds, including Green for Good, Yellow for Fair, and Red for Poor. These features demonstrate data-dependent widgets and visualizations configured to periodically receive updated data and change their displayed state based on the received data. *See*, *e.g.*,



https://docs.fortinet.com/document/fortiaiops/3.4.0/user-guide/440203/managing-dashboard-widgets

## Scoring and Color Coding

The dashboard calculates a score for your network and individual SLAs and represents the calculated scores using the following color thresholds:

- Green: Good

- Yellow: Fair

- Red: Poor

- Grey: No data available

**Note**: Device scoring information is also available in the device drill-down view.

## Network Health Score

The **Network Health Score** section displays the overall health of the selected SLAs over a specific time period.



Hovering over a grid provides details of the individual scores for the SLAs during that specific time interval.

https://docs.fortinet.com/document/fortiaiops/3.4.0/user-guide/386979/network-assurance-dashboard

29.     Upon information and belief, Fortinet has directly infringed and continues to directly infringe the '869 Patent by, among other things, making, using, selling, offering to sell, importing, and/or providing in the United States the Accused Instrumentality as defined above during the term of the '869 Patent.

30.     Upon information and belief, by making, using, testing, offering to sell, selling, importing, and/or providing the Accused Instrumentality, Fortinet has injured Atomic and is liable to Atomic for directly infringing one or more claims of the '869 Patent, including at least claims 1, 2, and 25, pursuant to 35 U.S.C. § 271(a). The Accused Instrumentality meets each and every limitation of at least those claims as alleged herein.

31.     Upon information and belief, Fortinet also indirectly infringes and continues to indirectly infringe the '869 Patent by actively inducing infringement under 35 U.S.C. § 271(b).

32.     Upon information and belief, Fortinet has had knowledge of the '869 Patent since at least May 7, 2026, when it received correspondence from Atomic identifying the '869 Patent and notifying Fortinet of its infringement.

33.     Upon information and belief, Fortinet intended to cause and has caused infringement by third-party customers and end users of the Accused Instrumentality and knew or was willfully blind to that result, including at least after receiving notice of the '869 Patent. Fortinet publishes documentation, user guides, tutorials, and training materials instructing customers and end users to use FortiAIOps, FortiAP/FortiWiFi, and related Fortinet wireless-management platforms to create, configure, access, and use browser-delivered Wi-Fi maps, floor-plan visualizations, heat maps, dashboard widgets, and related visualizations. Those instructions include, among other things, uploading or configuring custom maps and floor-plan images, placing FortiAP units/AP icons and related visual components on those maps, importing and exporting

33

site/building/floor/AP-location data, viewing real-time FortiAP status, alerts, and wireless metrics, generating and refreshing heat-map visualizations, and accessing those visualizations through Fortinet's browser-accessible interfaces. By providing these instructions and training, Fortinet specifically encouraged and intended customers and end users to use the Accused Instrumentality in an infringing manner, including at least claims 1, 2, and 25 of the '869 Patent.

34.    After receiving Atomic's May 7, 2026 notice letter, Fortinet continued to host and circulate the documentation, user guides, tutorials, and training materials described above and to promote, provide, and support the Accused Instrumentality, demonstrating at least reckless disregard of Atomic's patent rights.

35.    Despite having notice of its infringement, Fortinet has continued to make, use, test, offer to sell, sell, import, provide, and/or support the Accused Instrumentality in a manner that infringes the '869 Patent. Fortinet's conduct is willful, and Atomic is therefore entitled to enhanced damages under 35 U.S.C. § 284.

36.    As a result of Fortinet's infringement of the '869 Patent, Atomic has suffered monetary damages and seeks no less than a reasonable royalty for the use made of the invention by Fortinet, together with pre-judgment and post-judgment interest and costs as fixed by the Court.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff Atomic respectfully requests that this Court enter:

1. A judgment in favor of Atomic that Fortinet has infringed the '869 Patent, either literally or, in the alternative, under the doctrine of equivalents;

2. A judgment that Fortinet's infringement of the '869 Patent is willful;

3. An award of damages resulting from Fortinet's acts of infringement in accordance with 35 U.S.C. § 284;

4.  A judgment that this case is exceptional under 35 U.S.C. § 285 and awarding Atomic its reasonable attorneys' fees, costs, and expenses incurred in this action;

5.  A judgment and order requiring Fortinet to provide an accounting and to pay supplemental damages, including, without limitation, pre-judgment and post-judgment interest; and

6.  Such other and further relief as the Court deems just and proper.

## JURY TRIAL DEMANDED

Pursuant to Federal Rule of Civil Procedure 38(b), Atomic requests a trial by jury of all issues so triable by right.

Dated:  May 27, 2026                                    Respectfully Submitted,


By:   */s/ Eric H. Findlay*
Eric H. Findlay
State Bar No. 00789886
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Suite B
Tyler, Texas 75703
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com

Bradford J. Black
Texas Bar No. 24086243
BRADFORD BLACK P.C.
500 W. 2nd Street, Ste. 1900
Austin, Texas 78701
Email: bblack@bradfordblack.com
Tel: (415) 813-6211
Fax: (415) 813-6222

**ATTORNEYS FOR PLAINTIFF**

35